Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re _____David Keeler Hall_____,    Case No. 07-72675
          Debtor

Chapter ___7___

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 50 _____  Check one ☐ With the filing of the petition, or
                            ☑ On or before __November 15, 2007__

   $ 50 _____  on or before __December 15, 2007__

   $ 100 _____  on or before __January 15, 2008__

   $ ~~100~~ 77 ___  on or before __February 15, 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(h)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          /s/ David Hall                    11/1/2007
Signature of Attorney    Date           Signature of Debtor                Date
                                        (In a joint case, both spouses must sign.)

_____          _____
Name of Attorney                        Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 0 1 2007

KENNETH S. GARDNER, CLERK

BY _____
       DEPUTY CLERK