Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re ____David Keeler Hall____,
Debtor

Case No. 07-72675

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ 50 _____ Check one ☐ With the filing of the petition, or
    ☑ On or before __November 15, 2007__

    $ 50 _____ on or before __December 15, 2007__

    $ 100 _____ on or before __January 15, 2008__

    $ ~~100~~ 99 _____ on or before __February 15, 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _/s/ David Hall_____  11/1/2007
Signature of Attorney              Date       Signature of Debtor                     Date
                                              (In a joint case, both spouses must sign.)

_____
Name of Attorney                              _____
                                              Signature of Joint Debtor (if any)      Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 0 1 2007

KENNETH S. GARDNER, CLERK
BY _____
        DEPUTY CLERK